Vincent M. Cox - KS-22051
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, KS 66604
TEL: 785/440-4000
FAX: 785/440-3900
E-MAIL: vcox@cavlem.com
*Attorneys For Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMILY J. FULBRIGHT, ) | |
|          Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-CV-2191 |
| ) | |
| WATER SYSTEMS ENGINEERING, INC. ) | |
|          Defendant. ) | |
| _____) | |

## NOTICE OF SERVICE OF DEFENDANT'S
## INITIAL RULE 26(a)(1) DISCLOSURES

The undersigned hereby certifies that on August 3, 2021, a true and correct copy of Defendant's Initial Rule 26(a)(1) Disclosures was served via electronic mail to the court and to counsel of record, addressed as follows:

    Hon. Teresa J. James
    U.S. Magistrate Judges
    ksd_james_chambers@ksd.uscourts.gov

    Alan V. Johnson
    Sloan, Eisenbarth, Glassman
    McEntire & Jarboe, LLC
    534 S. Kansas Ave, Suite 1000
    Topeka, KS 66603
    ajohnson@sloanlawfirm.com
    ATTORNEY FOR PLAINTIFF

      /s/ Vincent M. Cox
      Vincent M. Cox - 22051
      CAVANAUGH, BIGGS & LEMON, P.A.
      3200 SW Huntoon
      Topeka, Kansas 66604
      TEL: 785/440-4000
      FAX: 785/440-3900
      vcox@cavlem.com
      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      s/   Vincent M. Cox – 22051
      Vincent M. Cox - 22051
      CAVANAUGH, BIGGS & LEMON, P.A.
      3200 SW Huntoon
      Topeka, KS 66604
      TEL:  785/440-4000
      FAX:  785/440-3900
      vcox@cavlem.com
      ATTORNEYS FOR DEFENDANT

8707/Notice of Service of Initial Disclosures