Vincent M. Cox - KS-22051
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, KS 66604
TEL: 785/440-4000
FAX: 785/440-3900
E-MAIL: vcox@cavlem.com
*Attorneys For Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMILY J. FULBRIGHT,             ) | |
|               Plaintiff,    ) | |
|               )            | |
| vs.                         ) | Case No. 21-CV-2191 |
|               ) | |
| WATER SYSTEMS ENGINEERING, INC.  ) | |
|               Defendant.   ) | |
| _____ ) | |

### NOTICE OF SERVICE OF DEFENDANT'S
### INITIAL RULE 26(a)(1) DOCUMENTS

The undersigned hereby certifies that on August 30, 2021, Defendant's Initial Rule 26(a)(1) Documents, marked D001-D0043, were served via electronic mail to counsel of record, addressed as follows:

    Alan V. Johnson
    Sloan, Eisenbarth, Glassman
    McEntire & Jarboe, LLC
    534 S. Kansas Ave, Suite 1000
    Topeka, KS 66603
    ajohnson@sloanlawfirm.com
    ATTORNEY FOR PLAINTIFF

                /s/ Vincent M. Cox
                   Vincent M. Cox - 22051
                   CAVANAUGH, BIGGS & LEMON, P.A.
                   3200 SW Huntoon

        Topeka, Kansas 66604
        TEL: 785/440-4000
        FAX: 785/440-3900
        vcox@cavlem.com
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/   Vincent M. Cox – 22051
        Vincent M. Cox - 22051
        CAVANAUGH, BIGGS & LEMON, P.A.
        3200 SW Huntoon
        Topeka, KS 66604
        TEL:  785/440-4000
        FAX:  785/440-3900
        vcox@cavlem.com
        ATTORNEYS FOR DEFENDANT